UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL PARSHALL, <br><br> Plaintiff, <br><br> v. <br><br> NEW YORK COMMUNITY BANCORP, INC., THOMAS R. CANGEMI, HANIF DAHYA, JAMES J. O'DONOVAN, DOMINICK CIAMPA, LESLIE D. DUNN, LAWRENCE ROSANO, JR., RONALD A. ROSENFELD, LAWRENCE J. SAVARESE, JOHN M. TSIMBINOS, AND ROBERT WANN, <br><br> Defendants. | Case No. 1:21-cv-06342-MKV <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Paul Parshall ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice.  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: March 25, 2022

**OF COUNSEL:**

**LONG LAW, LLC**
Brian D. Long
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Tel: (302) 729-9100
Email: bdlong@longlawde.com

*Attorneys for Plaintiff*

/s/ Michael Rogovin
**WEISS LAW**
Michael Rogovin
476 Hardendorf Ave. NE
Atlanta, GA 30307
Tel: (404) 692-7910
Direct: (646) 588-3159
mrogovin@weisslawllp.com

*Attorneys for Plaintiff*